Weingreen, Appellant, *v.* Gomberg.

Argued November 13, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry Lore,* with him *Dorfman, Pechner, Sacks and Dorfman,* for appellant.

*John F. Naulty,* for appellees.

OPINION PER CURIAM, March 16, 1965:
Affirmed on the opinion of Judge WATERS, 35 Pa. D. & C. 2d 143.
Mr. Justice COHEN dissents.